IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CRIMINAL MINUTES - RULE 32.1 INITIAL APPEARANCE
(Probation/Supervised Release Revocation)

Case No.: 7:02CR000127-001          Date: 11/7/2013

**Defendant:** David Christopher Martin, custody          **Counsel:** none

PRESENT:
- JUDGE: Robert S. Ballou, USMJ          TIME IN COURT: see below
- Deputy Clerk: R. Mills
- Court Reporter: R. Mills, FTR
- U. S. Attorney: Drew Bradylyons
- USPO: Jake Fletcher
- Case Agent: none
- Interpreter: none

☒ Defendant arrested on warrant from Roanoke Division.

**RIGHTS:**

☒ Defendant advised of the alleged violation of probation/supervised release.
☒ Defendant advised of right to retain counsel or to request that counsel be appointed by the court.
☒ Defendant advised of right to preliminary hearing if held in custody (only if alleged violation occurred in this district).
☐ Defendant advised of right to identity hearing (only if charges pending in another district).
☒ Defendant advised of right to bond/detention hearing.

**COUNSEL:**

☐ Defendant present with counsel.
☒ Defendant present without counsel.
☒ Defendant requests appointment of counsel. Oral order appting. FPD.
☒ Counsel appointed.

**IDENTITY (only for charges from another district):**

☐ Identity hearing held.
☐ Identity hearing waived.*

**PRELIMINARY HEARING:**

☐ Preliminary hearing held.
☐ Probable cause found. Order will enter.
☐ Probable cause not found. Order will enter dismissing.
☐ Preliminary hearing waived.*
☐ Defendant requests preliminary hearing in prosecuting district (only for charges from another district).*

***REMINDER:** FORM AO466 - WAIVER OF RULE 32.1 HEARING MUST BE COMPLETED AND SIGNED BY DEFENDANT

**RELEASE/DETENTION:**

☐ Defendant does not contest detention.
☐ Government moves for detention. Detention hearing held.
☐ Government does not oppose bond. Bond set at Amount, type, i.e., secured, unsecured, property, cash, corporate surety. See conditions below.

☐ Written Order of Commitment to Another District to enter (AO 94 - only for charges from another district).
OR
☐ Written Order of Detention to enter.
OR
☐ Written Conditions of Release/Bond to enter.
☐ Revocation hearing scheduled for date, time and place before presiding judge's name.

In addition to the standard conditions of release, the following special conditions of release are imposed:

☐ The defendant shall avoid contact outside the presence of his/her counsel with any alleged victims or potential witnesses regarding his/her case.
☐ The defendant shall report as directed by the probation officer, and shall promptly report any personal status changes to the probation officer: this shall include immediately reporting any contact by law enforcement officers regarding a criminal investigation or any additional criminal charges placed against the defendant; the defendant shall continue to reside at his/her current residence, and shall not change residences without first obtaining permission from the probation officer.
☐ The defendant shall abstain from the excessive OR any use of alcohol or any use or possession of any controlled substances unless prescribed by a licensed treating physician for a legitimate medical purpose.
☐ The defendant shall not possess a firearm or other dangerous weapon and shall reside in a residence free of such.
☐ The defendant shall submit to random drug and or alcohol testing as directed by the probation officer.
☐ The defendant shall not travel outside the Western District of Virginia without first obtaining permission from the probation officer.
☐ The defendant shall submit to warrantless search and seizure of his/her person and property as directed by the probation officer for the purpose of determining if he/she is in compliance with his/her conditions of pretrial release.
☐ The defendant shall actively seek and/or maintain employment.
☐ The defendant shall maintain or commence an education program.
☐ The defendant shall surrender his/her passport to the Probation Office to be held pending further order of the court; the defendant shall not apply to obtain a passport.
☐ The defendant shall not associate with any known users/possessors of illegal controlled substances and shall not be present in any location where illegal controlled substances are being used and/or distributed, unless approved by his/her supervising officer in cooperation with law enforcement officers.
☐ The defendant shall be placed on home detention subject to electronic monitoring and all residential absences must be approved in advance by the probation officer.
☐ The defendant shall continue in his/her currentmental health OR substance abuse OR both counseling/treatment program at his/her own expense.
☐ The defendant shall allow the probation officer open communication with any treatment agencies or health care providers for the purpose of monitoring the defendant's compliance with all treatment requirements.
☐ Any animals on the premises of the defendant's residence must be restrained in a way so as to not interfere with the probation officer's access to the defendant's residence and to ensure the officer's safety.

☐ Defendant advised of penalties and sanctions for failure to appear and/or violating conditions of release.

Additional Information:
Deft. req. temp. cont. of prel. & dtn. hrgs. to appear w/ counsel. Hrgs. to be set. Deft. remanded.

Time in Court: IA: 2:38-2:43 (5 mins.)