# UNITED STATES DISTRICT COURT
for the
Western District of VA

FILED IN OPEN COURT
DATE 11-13-2013
BY R. Mills
DEPUTY CLERK
Roanoke DIVISION, W.D. of VA

| | ) | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 7:02CR00127 |
| DAVID CHRISTOPHER MARTIN | ) | |
| *Defendant* | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 11/13/13

*David C. Martin*
Defendant's signature

*[signature]*
Signature of defendant's attorney

Randy V. Cargill
Printed name and bar number of defendant's attorney

_____
Address of defendant's attorney

_____
E-mail address of defendant's attorney

_____
Telephone number of defendant's attorney

_____
FAX number of defendant's attorney