AO 245D   (Rev. 9/11 - VAW Additions 6/05) Judgment in Criminal Case for Revocation
Sheet 2 - Imprisonment

Judgment - Page __2__ of __6__

DEFENDANT: DAVID CHRISTOPHER MARTIN
CASE NUMBER: DVAW702CR000127-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

*24 months.

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 1 4 2014

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before _____ on _____
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on  3-10-14  to  FCI Cumberland
a  MD  , with a certified copy of this judgment.

Timothy S. Stewart, Warden
~~UNITED STATES MARSHAL~~

By  D. Clark, CSO
DEPUTY UNITED STATES MARSHAL